**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shane Nathanial Townsend,

Plaintiff,

v.

Sheryl Ramstad Hvass, Commissioner, Minnesota Department of Corrections; Lou Stender, sued as Louis Stender, Warden at Minnesota Correctional Facility-Moose Lake; and Gretchen A. Otto, sued as Gretchen Otto,

Defendants.

Civil No. 01-1717 (DWF/SRN)

**ORDER**

---

Shane Nathanial Townsend, Pro Se, #169127, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Plaintiff.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated October 24, 2001, recommending that Plaintiff's "Application to Proceed Without Prepayment of Fees" be denied; that this action be dismissed pursuant to 28 U.S.C. § 1915(b)(2); Plaintiff be required to pay the unpaid balance of the Court filing fee, namely $142.00, in accordance with 28 U.S.C. § 1915(b)(2); and for purposes of 28 U.S.C. § 1915(g), this action be dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted. The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c).

Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 14 2001
DEPUTY CLERK

**ORDER**

1. Magistrate Judge Susan Richard Anderson's Report and Recommendation dated October 24, 2001 (Doc. No. 5), is **ADOPTED**.

2. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2) is **DENIED**.

3. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

4. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $142.00, in accordance with 28 U.S.C. § 1915(b)(2).

5. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

Dated: November 14, 2001

DONOVAN W. FRANK
Judge of United States District Court