# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shane Nathanial Townsend — Case No. Civil 01 1717 DWF/SRN

Plaintiff

v. — **JUDGMENT IN A CIVIL CASE**

Sheryl Ramstad Hvass, Commissioner,
Minnesota Department of Corrections;
Lou Stender, Sued as Louis Stender,
Warden at Minnesota Correctional Facility-
Moose Lake and Gretchen A. Otto,
sued as Gretchen Otto

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Susan Richard Nelson's Report and Recommendation is adopted. Plaintiff's application to proceed without prepayment of fees is denied. This action is dismissed. Plaintiff is required to pay the unpaid balance of the court filing fee namely $142. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: November14, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk