Wed Sep 8 11:13:56 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145416
Cashier joni

Tender Type CHECK

Check Number: 16532

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 5.05

SHANE NATHANIAL TOWNSEND 0:00-CV-1717 PA
ID BY MCF RUSH CITYH

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
SEP 08 2004
U.S. DISTRICT COURT ST. PAUL

# T R U S T   C H E C K   S T U B   S U P P L E M E N T A L   L I S T

AS OF 09/03/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 09/03/2004    Payee Name : CLERK, US DISTRICT COURT
Check Number : 16532    Payee Address:
Check Amount : $10.05

| ****** TRANSACTION ****** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $5.00 | 2441639 | 7 | 05-08-2004 | DEDUCTION-FEDL-CV-03-6544 D | 0000150133 | MURPHY, JOHN PATRICK |
| $2.40 | 2442620 | 53 | 06-08-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $2.30 | 2462129 | 51 | 20-08-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $0.35 | 2481882 | 41 | 03-09-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |