Tue Oct 5 10:11:03 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

CV01-1717

Receipt No. 300 145584
Cashier shelle

Tender Type CHECK

Check Number: 16898

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 4.75

SHANE NATHANIEL TOWNSEND 01-CV-1717/ PAI
D BY MCF-RUSH CITY

PARTIAL PRISONER PAYMENT

SCANNED
OCT 7 2004
U.S. DISTRICT COURT ST. PAUL

145583
145584
145585

# T R U S T C H E C K S T U B S U P P L E M E N T A L L I S T

AS OF 10/01/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 10/01/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 16898 Payee Address:
Check Amount : $17.75

| ****** TRANSACTION ****** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $5.00 | 2486470 | 50 | 07-09-2004 | DEDUCTION-FEDL-CV-03-6544 D | 0000150133 | MURPHY, JOHN PATRICK |
| $2.25 | 2501310 | 56 | 17-09-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $4.00 | 2505602 | 7 | 20-09-2004 | DEDUCTION-FEDL-00-2051 D | 0000197660 | MULLINS, WESLEY ROSS |
| $4.00 | 2505602 | 10 | 20-09-2004 | DEDUCTION-FEDL-00-2051 D | 0000197660 | MULLINS, WESLEY ROSS |
| $2.50 | 2520322 | 62 | 30-09-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |

RECEIVED
BY MAIL
OCT 0 5 2004
CLERK, US DIST. COURT
ST. PAUL, MN