Wed Nov 17 13:16:44 2004

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 145829
Cashier jomi

CV01-1717 DWF/SRN

Tender Type CHECK

Check Number: 17422

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 6.08

SHANE TOWNSEND 0:010-CV-1717 / PAID BY M
CF RUSH CITY

PARTIAL PAYMENT OF PRISONER FILING FEE

SCANNED
NOV 17 2004
U.S. DISTRICT COURT ST. PAUL

DEPARTMENT OF CORRECTIONS
MCF-RC

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 11/15/2004

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 11/12/2004
Check Number : 17422
Check Amount : $11.08

Payee Name : CLERK, US DISTRICT COURT
Payee Address:

******************************** TRANSACTION **********************************

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $5.00 | 2535782 | 15 | 06-10-2004 | DEDUCTION-FEDL-CV-03-6544 D | 0000150133 | MURPHY, JOHN PATRICK |
| $2.03 | 2548912 | 68 | 15-10-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $1.80 | 2568504 | 75 | 29-10-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $2.25 | 2587377 | 73 | 12-11-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |

RECEIVED
BY MAIL
NOV 17 2004
CLERK, US DIST. COURT
ST. PAUL, MN