CV01-1717 DWF/SRN

Fri Jan 21 10:23:29 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 146157
Cashier lynda

Tender Type CHECK

Check Number: 18374

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 12.18

MCF - RUSH CITY (FOR SHANE TOWNSEND) 01-CV-1717

PARTIAL PAYMENT OF FILING FEE

SCANNED
JAN 21 2005
U.S. DISTRICT COURT ST. PAUL

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 01/19/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 01/19/2005 Payee Name : CLERK, US DISTRICT COURT
Check Number : 18374 Payee Address:
Check Amount : $12.18

| ****** TRANSACTION ****** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $1.65 | 2605582 | 74 | 24-11-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $0.55 | 2605603 | 22 | 24-11-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $1.23 | 2626126 | 75 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $1.10 | 2626158 | 22 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $2.25 | 2645101 | 81 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $2.40 | 2671500 | 84 | 06-01-2005 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $3.00 | 2688759 | 87 | 19-01-2005 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |

169127
47184183
5001017
01-1717
SWK