Mon Mar 28 14:07:56 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 146536
Cashier lynda

Tender Type CHECK

Check Number: 019365

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 6.98

MCF - RUSH CITY (FOR SHANE TOWNSEND) 01-CV-1717 DWF/SRN

PARTIAL PAYMENT ON FILING FEE

SCANNED
MAR 29 2005
U.S. DISTRICT COURT ST. PAUL