Thu Jun 2 12:15:56 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 146926
Cashier lynn

Tender Type CHECK

Check Number: 020168

Transaction Type AR

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4641 | 3 | 5100PL |

Amount $ 0.30

TOWNSEND, SHANE 01-CV-1717 PAID BY RUSH CITY CORR. FAC. DWF / SRN

SUBSEQUENT FILING FEE

SCANNED
JUN - 3 2005 UB
U.S. DISTRICT COURT MPLS

05/27/2005 10:01 DEPARTMENT OF CORRECTIONS Page 24 of 34

CTHOMPSON MCF-RC OTRCSTUB

T R U S T  C H E C K  S T U B  S U P P L E M E N T A L  L I S T

AS OF 05/27/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 05/27/2005 Payee Name : CLERK, US DISTRICT COURT
Check Number : 20168 Payee Address:
Check Amount : $2.42

| ******** TRANSACTION ******** Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $0.30 | 2797176 | 80 | 01-04-2005 | RCUNI-PAY DEDUCTION-FEDL-01-1717 D | 0000169127 | TOWNSEND, SHANE NATHANIEL |
| $2.12 | 2844960 | 3 | 21-04-2005 | DEDUCTION-FEDL-96-CV-00889 D | 0000103592 | FOX, AUDIE NMN |

5100PL

0964PL

RECEIVED
BY MAIL
JUN 02 2005
CLERK, US DIST. COURT
ST. PAUL, MN