01-1717

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641003513
Cashier ID: llewis
Transaction Date: 05/09/2006
Payer Name: SHANE TOWNSEND

---

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $6.45

---

CHECK
Check/Money Order Num: 133404
Amt Tendered: $6.45

---

Total Due: $6.45
Total Tendered: $6.45
Change Amt: $0.00

SCANNED
MAY 10 2006
U.S. DISTRICT COURT MPLS