01-cv-1717 DWF/SRN

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641004229
Cashier ID: dbell
Transaction Date: 06/05/2006
Payer Name: MN CORRECTIONAL FACILITY

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $9.66

CHECK
Check/Money Order Num: 134008
Amt Tendered: $9.66

Total Due: $9.66
Total Tendered: $9.66
Change Amt: $0.00

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641004229
Cashier ID: dbell
Transaction Date: 06/05/2006
Payer Name: MN CORRECTIONAL FACILITY

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $9.66

CHECK
Check/Money Order Num: 134008
Amt Tendered: $9.66

Total Due: $9.66
Total Tendered: $9.66
Change Amt: $0.00

SCANNED
JUN 06 2006
U.S. DISTRICT COURT MPLS