Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641095589
Cashier ID: llewis
Transaction Date: 07/24/2006
Payer Name: SHANE TOWNSEND

DWF/SRN

---

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $4.98

---

CHECK
Check/Money Order Num: 134704
Amt Tendered: $4.98

---

Total Due: $4.98
Total Tendered: $4.98
Change Amt: $0.00