01-1717
DWF/SRN

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641005837
Cashier ID: jnurnber
Transaction Date: 08/03/2006
Payer Name: MCF FARIBAULT

---

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $10.63

---

CHECK
Check/Money Order Num: 135222
Amt Tendered: $10.63

---

Total Due: $10.63
Total Tendered: $10.63
Change Amt: $0.00

SCANNED
AUG 08 2006
U.S. DISTRICT COURT MPLS