01-1717

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641006636
Cashier ID: jnurnber
Transaction Date: 09/06/2006
Payer Name: MCF FARIBAULT

---

PLRA CIVIL FILING FEE
For: SHANE TOWNSEND
Case/Party: D-MNX-0-01-CV-001717-001
Amount: $1.61

---

CHECK
Check/Money Order Num: 135828
Amt Tendered: $1.61

---

Total Due: $1.61
Total Tendered: $1.61
Change Amt: $0.00